```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
CALOGERO GUASTELLA,

                Plaintiff,                  O R D E R

           - against -                      19 Civ. 11239 (NRB)

LONG ISLAND RAILROAD COMPANY,

                Defendant.
-------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The issue raised by plaintiff in his letter of April 9, 2020 (ECF No. 10) has been mooted by defendant's response (ECF No. 11). Therefore, plaintiff's request for Local Rule 37.2 Conference is denied as moot.  This Order resolves ECF Entry No. 10.

Dated:    New York, New York
          April 14, 2020

                              _____
                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE